

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

_____

ROBERT FRAZER
UNITED STATES ATTORNEY

*Alexander Judka*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*       *main: (973) 645-2700*
*Newark, New Jersey 07102*       *direct:(973) 645-2825*
*Alexander.judka@usdoj.gov*

June 3, 2026

**By ECF**

Honorable Madeline C. Arleo, U.S.D.J.
United States District Court
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

      Re:   ***Rodriguez v. Blanche, et al,*** **No. 26-cv-5059 (MCA)**
           **Update Regarding Petitioner's Release**

Dear Judge Arleo:

      This Office represents Respondents in the above-referenced habeas matter. We write in response to the Court's June 3, 2026 Text Order, ECF No. 4, to respectfully inform the Court that U.S. Immigration and Customs Enforcement released Petitioner from custody at 1:30 p.m. on June 3, 2026. Petitioner was released with all property and under the same conditions that existed prior to his detention.

      Thank you for your attention to this matter.

           Respectfully submitted,

           ROBERT FRAZER
           UNITED STATES ATTORNEY

    By:   *s/ Alexander Judka*
          ALEXANDER JUDKA
          Assistant United States Attorney
          *Attorneys for Respondents*

cc:    Counsel of record (by ECF)

          Case shall be closed.
          SO ORDERED

          *s/Madeline Cox Arleo*
          MADELINE COX ARLEO, U.S.D.J.

          Date: 8/12/26